UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      Case No. 18-cr-180-pp

TRACY HOLLOWELL,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S LETTER REQUEST TO FIND OUT ABOUT TRANSFER STATUS (DKT. NO. 23)**

---

On September 10, 2019, the court sentenced the defendant to serve forty-eight months in custody, followed by three years of supervised release. Dkt. Nos. 20, 21. On March 26, 2020, the court received a letter from the defendant, indicating that over six months later, he is still in the Kenosha County Jail, waiting to be transferred to the Bureau of Prisons to serve his sentence. Dkt. No. 23. He asked if there was any way to reach out to the Bureau of Prisons to find out what was going on. Id.

The court has contacted the United States Marshals Service and learned that the reason the defendant has not yet been transferred to the custody of the Bureau of Prisons is because he has three felony cases pending in Marion County, Indiana: State v. Tracy Hollowell, Jr., Case No. 49G20-1702-F5-004951 (filed February 6, 2017); State v. Tracy Hollowell, Jr., Case No. 49G20-1606-F6-023873 (filed June 21, 2016); State v. Tracy Hollowell, Jr., Case No. 49G20-1606-F5-022156 (filed June 9, 2016). He also has a felony case pending

in Hamilton County, Indiana, <u>State v. Tracy Hollowell, Jr.</u>, Case No. 29D05-1601-F6-000261 (filed January 12, 2016). The Marshals Service informed the court that the defendant will be transported to the Marion County Jail to address the outstanding state charges there.

The defendant indicated in his motion that the whole world is in a panic right now, and that that includes him. The court realizes that the virus crisis must be extremely stressful to the defendant and to other inmates. The court encourages the defendant to try, as much as possible, to wash his hands frequently for at last twenty seconds with soap and water, to try to stay a safe distance from staff and other inmates and to communicate with the health services unit if he feels sick.

The court **GRANTS** the defendant's letter request to find out about his transfer status.

Dated in Milwaukee, Wisconsin this 30th day of March, 2020.

        **BY THE COURT:**

        _____
        **HON. PAMELA PEPPER**
        **Chief United States District Judge**